UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

MARK PANDY,

              Defendant.

**ORDER**

21 Cr. 341 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The status conference for Defendant Mark Pandy, currently scheduled for July 13, 2021, is adjourned to **August 31, 2021 at 10:30 a.m.**

        Upon the application of the United States of America, by and through Assistant United States Attorney Samuel Rothschild, and with the consent of Mark Pandy, by and through his counsel, Louis Fasulo, the time from July 13, 2021 through August 31, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit the Defendant to continue discussions of a pre-trial disposition.

Dated: New York, New York
       July 13, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge