```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
        - v. -                            :        21 Cr. 341 (PGG)
                                          :
MARK PANDY,                               :
                                          :
                        Defendant.        :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

    WHEREAS, the Court has referred to the Magistrate Judge on duty the change-of-plea proceeding for defendant MARK PANDY;

    WHEREAS the defendant has requested that his guilty plea be taken remotely by videoconference or by teleconference, if videoconference is not reasonably available;

    WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

    WHEREAS the Coronavirus Aid, Relief, and Economic Securities Act, findings made by the Judicial Conference of the United States, and the June 24, 2020 Amended Standing Order of the Chief Judge of the Southern District of New York allow for guilty pleas to be taken by videoconference, or teleconference if videoconferencing is not reasonably available, subject to certain findings made by the District Judge;

    WHEREAS the Court understands that the Magistrate Judge on duty shall hear the defendant's plea by telephone because videoconference is not reasonably available;

    THE COURT HEREBY FINDS that because the defendant has consented to proceeding remotely and because the defendant is detained, the plea proceeding cannot be further

delayed without serious harm to the interests of justice and may proceed remotely by teleconference.

SO ORDERED:

Dated:	New York, New York
	September 10, 2021

_____
THE HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2