UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

Mark Pandy,

              *Defendant.*

**ORDER**

21 Cr. 341 (PGG)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on September 14, 2021;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
       November 19, 2021

_____
THE HONORABLE PAUL G. GARDERPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK