UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MARK PANDY,

Defendant.

**ORDER**

21 Cr. 341 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Mark Pandy will take place on **January 4, 2022 at 2:00 p.m.** Any submissions on behalf of the Defendant are due **December 14, 2021**, and any submission by the Government is due on **December 21, 2021**.

Dated: New York, New York
November 19, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge